Submitted April 5, affirmed May 11, petition for review denied September 15, 2016 (360 Or 400)

ARTURO CERVANTES-VALENCIA,
*Petitioner-Appellant,*

*v.*

STATE OF OREGON,
*Defendant-Respondent.*

Clackamas County Circuit Court
CV14010318; A157234

372 P3d 625

Jed Peterson and O'Connor Weber LLP filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Erin K. Galli, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Tookey, Judge, and DeHoog, Judge.

PER CURIAM

Affirmed. *Benitez-Chacon v. State of Oregon,* 178 Or App 352, 37 P3d 1035 (2001), *rev den,* 334 Or 76 (2002).